STATE v. PARTRIDGE

No. 99P84.

Case below: 66 N.C. App. 427.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984.

STATE v. QUEEN

No. 64P84.

Case below: 65 N.C. App. 820.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 April 1984.

STATE v. RIDDLE

No. 84P84.

Case below: 66 N.C. App. 60.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 3 April 1984 for the limited purpose of presenting the issue of the sentencing of the defendant as a "regular committed youthful offender," listed as Issue IV in defendant's petition. Motion by Attorney General to dismiss appeal for lack of significant public interest is allowed 3 April 1984.

STATE v. ROBERSON

No. 31P84.

Case below: 65 N.C. App. 624.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984.